No. 543. FEDERAL POWER COMMISSION ET AL. *v.* ARKANSAS POWER & LIGHT Co. October 28, 1946. Petition

for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Solicitor General McGrath* for petitioners. *P. A. Lasley, A. J. G. Priest* and *Sidman I. Barber* for respondent.